Vincent John **HALL**, Plaintiff—Appellant,

v.

James David **WATSON**; Tracy Finklea, Detective, Defendants—Appellees.

No. 07–6758.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 27, 2007.

Vincent John Hall, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Watson,* No. 6:06–cv–03110–RBH, 2007 WL 1447755 (D.S.C. May 11, 2007). Hall's motion for preparation of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*